IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 99-cv-00870-ZLW-CBS

METABOLITE LABORATORIES, INC., a Colorado corporation, and
COMPETITIVE TECHNOLOGIES, INC., a Delaware corporation,

    Plaintiffs,

v.

LABORATORY CORPORATION OF AMERICA HOLDINGS d/b/a LABCORP, a Delaware corporation,

    Defendant.

## ORDER

The matter before the Court is Defendant LabCorp's Motion To Return Letter Of Credit (Doc. No. 435). Plaintiff Metabolite indicates that in light of this Court's recent order granting summary judgment in favor of LabCorp in case number 04-cv-01662-ZLW-CBS, Metabolite has no objection to the current motion. Accordingly, it is

ORDERED that Defendant LabCorp's Motion To Return Letter Of Credit (Doc. No. 435; Aug. 5, 2008) is granted. It is

FURTHER ORDERED that the Letter of Credit deposited with the Clerk of Court on January 28, 2003[1] be returned to Defendant LabCorp.

DATED at Denver, Colorado, this  10th  day of September, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

---

[1] See Receipt (Doc. No. 325; Jan. 28, 2003).